**Michael Robert PULIDO, Petitioner–Appellee,**

v.

**Chris CHRONES, Respondent–Appellant.**

**Michael Robert Pulido, Petitioner–Appellant,**

v.

**Chris Chrones, Respondent–Appellee.**

**Nos. 05–15916, 05–16308.**

United States Court of Appeals, Ninth Circuit.

March 20, 2009.

J. Bradley O'Connell, First District Appellate Project, San Francisco, CA, for Petitioner–Appellee.

Michael Robert Pulido, Corcoran, CA, pro se.

Jeremy E. Friedlander, AGCA–Office of the California Attorney General, San Francisco, CA, for Respondent–Appellant.

Before: ALFRED T. GOODWIN, DIARMUID F. O'SCANNLAIN, and SIDNEY R. THOMAS, Circuit Judges.

**ORDER**

In light of *Hedgpeth v. Pulido,* 555 U.S. ——, 129 S.Ct. 530, —— L.Ed.2d ——

(2008), which vacated the judgment of this court, 487 F.3d 669, and remanded, we in turn remand this case to the district court for further proceedings in accordance with the Supreme Court's determination that the appropriate standard of review in a case under the Antiterrorism and Effective Death Penalty Act of 1996 is harmless error, rather than structural error, when a jury is instructed on alternative theories of guilt.

REMANDED.